UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-02077-DOC (DFM) | Date: | June 7, 2022 |
|---|---|---|---|
| Title | Kuantay Williams v. Alex Villaneuva, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause

On March 22, 2022, Plaintiff Kuantay Williams ("Plaintiff"), who is in custody at Men's Central Jail in Los Angeles, California, filed a civil rights complaint ("Complaint"), alleging that (a) while he was trying to exit his cell an unknown officer closed the cell door on his left foot and fractured it in 3 places, ultimately requiring him to be taken to an outside hospital for treatment, (b) a "team of officers" denied him medical attention for 12 hours and an officer commanded him to lie to medical staff about how the injury occurred, and (c) on another date, although Plaintiff was complying the orders of a sheriff's deputy at Pitchess Detention Center, the sheriff's deputy tripped and slammed him, causing him to suffer a shoulder injury and further damage to his left foot. See Dkt. 1. The Complaint was accompanied by the request to proceed without prepayment of the filing fees (a CV-60 form) ("IFP Request"). See Dkt. 2.

Because the IFP Request was incomplete in that Plaintiff had not submitted a certified copy of his trust fund statement for the 6-month period immediately preceding the filing of the Complaint or an authorization for jail officials to assess, collect and forward the filing fees to the Court in installments, on April 7, 2022, the Court ordered Plaintiff to submit to the Court within 21 days a completed CV-60P form, the proper form for a detainee to request to proceed without prepayment of filing fees. See Dkt. 4. The Court warned Plaintiff that the failure to timely submit that form could result in a recommendation that this case be dismissed. See id. As of today's date, Plaintiff has not submitted a completed CV-60P form or filed any other response to the Court's Order.

Accordingly, **within twenty-one (21) days of the date of this Order** (by no later than **June 28, 2022**), Plaintiff is ORDERED to do one of the following: (1) show good cause in writing why the Court should not dismiss this action for failure to prosecute, **or** (2) submit to the Court a completed CV-60P form. **Plaintiff is expressly warned that if he fails to do either, the Court**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**will deem such failure a further violation of a Court order justifying a recommendation of dismissal and will also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**

**The Clerk of the Court is directed to mail Plaintiff, along with a copy of this Order, a blank copy of the Court's form CV-60P.**