JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KUANTAY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ALEX VILLANUEVA et al.,<br><br>Defendant. | Case No. CV 22-02077-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

Date: September 19, 2022

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge